```
McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 93-2447 |
| ) | |
| Plaintiff, ) | MOTION AND ORDER FOR |
| ) | DISMISSAL OF INFORMATION |
| v. ) | |
| ) | |
| LEANDRO LEE BADILLO, ) | |
| ) | |
| Defendant. ) | |
| _____ _____ ) | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the Information against the above-listed defendant, in the interest of justice.

DATED: April 10, 2006                    Respectfully submitted,

                                         McGREGOR W. SCOTT
                                         United States Attorney

                                         By
                                            /s/ KATHLEEN A. SERVATIUS
                                         Assistant U.S. Attorney

IT IS HEREBY ORDERED that the Information against Leandro Lee Badillo be dismissed and warrant recalled.

IT IS SO ORDERED.

**Dated:   April 12, 2006**                    _____/s/ Sandra M. Snyder_____
icido3                                         UNITED STATES MAGISTRATE JUDGE